UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                          Case No.: <u>16-20537-ABA</u>
                                                                Chapter: <u>7</u>
Michael P. Swirniuk and Joleyn F. Swirniuk       Judge:    <u>Andrew Altenberg</u>

---

### NOTICE OF PROPOSED ABANDONMENT

---

    <u>JOHN W. HARGRAVE, Trustee,</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clerk, US Bankruptcy court
> 401 Market Street
> Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Andrew Altenberg on October 4, 2016 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

| Description of Real Property | Petition Value |
|---|---|
| 21 Jaimi Drive, Malaga, NJ  08328 | $175,000.00 |

Liens on property:

| Description of Real Property | Creditors Info | Amount of Claim |
|---|---|---|
| 21 Jaimi Drive, Malaga, NJ  08328 | 1st mortgage—Hudson City Savings<br>2nd mortgage---TDBank | $281,865.00<br>$8,779.00 |

Amount of Equity claimed as exempt:

| Description of Real Property | Value of Claimed Exemption |
|---|---|
| 21 Jaimi Drive, Malaga, NJ  08328 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:              /s/ John W. Hargrave

Address:           117 Clements Bridge Road, Barrington, NJ 08007

Telephone No.:   (856) 547-6500

United States Bankruptcy Court
District of New Jersey

In re:
Michael P. Swirniuk
Joleyn F. Swirniuk
    Debtors

Case No. 16-20537-ABA
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 1               Date Rcvd: Sep 02, 2016
                       Form ID: pdf905        Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2016.
db/jdb         #+Michael P. Swirniuk,    Joleyn F. Swirniuk,    21 Jaimi Dr.,    Malaga, NJ 08328-4145
516207853      +Janine M. Lloyd, Esq.,    Attorney for TD Bank NA,    PO Box 539,    Westmont, NJ 08108-0539
516207854      +Kivitz McKeever Lee, PC,    Attorneys for Hudson City Savings Bank,    216 Haddon Ave., Ste 406,
                 Westmont, NJ 08108-2812
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 02 2016 23:00:33     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 02 2016 23:00:25     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516207852      +E-mail/Text: camanagement@mtb.com Sep 02 2016 23:00:10     Hudson City Savings Bank, FSB,
                 80 Century Road,    Paramus, NJ 07652-1478
516207855       E-mail/Text: bankruptcydpt@mcmcg.com Sep 02 2016 23:00:24     Midland Funding LLC,
                 Assignee of Citibank, N.A.,    Attn: Midland Credit Management,    PO Box 60578,
                 Los Angeles, CA 90060-0578
516207856       E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2016 22:53:01     Synchrony Bank,
                 Attn: Bankruptcy Dept,    PO Box 965061,    Orlando, FL 32896-5061
516207857      +E-mail/Text: bankruptcy@td.com Sep 02 2016 23:00:36     TD Bank, N.A.,    1701 Route 70,
                 Cherry Hill, NJ 08003-2335
                                                                                                                                       TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN
               ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ira    Deiches    on behalf of Debtor Michael P. Swirniuk ideiches@deicheslaw.com
              Ira    Deiches    on behalf of Joint Debtor Joleyn F. Swirniuk ideiches@deicheslaw.com
              John W. Hargrave     on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              John W. Hargrave     trustee@hargravelaw.com, jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
                                                                                                                                     TOTAL: 5